UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24511-CIV-CANNON/Otazo-Reyes

**LAURA MARIE GERMAK**, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

**HILTON WORLDWIDE HOLDINGS, INC.**,
**RLJ CABANA MIAMI BEACH, LLC**, and
**RLJ CABANA MIAMI BEACH LESSEE, LLC**,

    Defendants.

_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal *without Prejudice* [ECF No. 49], filed on October 4, 2021. Pursuant to Rule 41(a)(1)(A)(i), the Notice of Voluntary Dismissal, filed by Plaintiff prior to Defendants serving an answer or motion for summary judgment, dismisses the case. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, effective October 4, 2021, the date Plaintiff filed its Notice of Voluntary Dismissal.

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Fort Pierce, Florida, this 5th day of October 2021.

                                                                            **AILEEN M. CANNON**
                                                                            **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record